IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRENT SCOTT BAILEY, | ) | |
| Plaintiff, | ) | 7:16CV5007 |
| v. | ) | |
| STATE OF NEBRASKA, NEBRASKA HEALTH & HUMAN SERVICES, CUSTER COUNTY, CUSTER COUNTY DISTRICT ATTORNEY, and AMANDA MAE WILDER-BAKER, | ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED that:

1. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Filing No. 9) is DENIED as moot because the court has previously ruled on Plaintiff's eligibility to proceed in forma pauperis (Filing No. 8).

2. As noted in the court's prior order (Filing No. 8), Plaintiff must pay an initial partial filing fee of $14.17 on or before December 31, 2016, unless the court extends the time in which he has to pay in response to a written motion.

3. Following payment of the initial partial filing fee, the next step in Plaintiff's case will be for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

DATED this 6th day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge